Shanen R. Prout (Cal. SBN 236137)
shanen@srplawyer.com
LAW OFFICE OF SHANEN R. PROUT
11400 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064
Tel. (626) 529-3022
Fax: (310) 494-9382

Attorney for Defendants
COWS ON WHEELS LLC and CHRIS ABERCROMBIE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| CHARLIE DIMARIA & SON, INC., a California corporation, and MANNING'S BEEF, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>COWS ON WHEELS LLC, an expired Arizona limited liability company; COWS ON WHEELS, a business entity form unknown; A D B TRUCKING LLC, an Arizona limited liability company; CHRIS ABERCROMBIE, an individual; JOEL VEGA, an individual; and DOES 1-20,<br><br>Defendants. | Case No. 2:21-cv-00658-JFW-PD<br><br>Hon. John F. Walter, Courtroom 7A<br><br>**DEFENDANTS COWS ON WHEELS LLC AND CHRIS ABERCROMBIE'S RESPONSE TO COURT'S OSC RE: DISMISSAL [DKT. 17]**<br><br>Removed from state court: Jan. 25, 2021 |

Defendants Cows On Wheels LLC and Chris Abercrombie ("Removing Defendants") hereby respond to the Court's Order to Show Cause Why this Action Should not be Dismissed for Lack of Subject Matter Jurisdiction ("OSC") [Dkt. 17].

On January 25, 2021, Removing Defendants removed this action from the Los Angeles County Superior Court to this Court. Removing Defendants alleged subject matter jurisdiction on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a). Plaintiffs' Complaint, and Removing Defendants' Notice of Removal, allege that Plaintiff Manning's Beef, LLC, Defendant Cows on Wheels LLC, and Defendant A D B Trucking LLC are limited liability companies.

On February 18, 2021, this Court issued the OSC to address only the question of the citizenship of the members of these companies, to determine if the Court has proper subject matter jurisdiction on a diversity basis. The OSC noted that Removing Defendants had not previously identified or alleged citizenship. A limited liability company is a citizen of every state of which its members are citizens. *See, e.g., Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens.").

None of the members of the LLCs are citizens of California, and as such, diversity of citizenship exists. Removing Defendants submit the following accompanying evidence to support the exercise of subject matter jurisdiction over the action on a diversity basis.

1. Joint Stipulation in Support of Removing Defendants' Response to OSC Why Action Should Not Be Dismissed for Lack of Subject Matter Jurisdiction, **Exhibit "A"** hereto. Manning's Beef, LLC is a California limited liability company that has a single member, Anthony DiMaria. Mr. DiMaria is a citizen of the State of New York.

2. Declaration of Erick Farabee in Support of Response To Court's OSC Re: Dismissal, **Exhibit "B"** hereto. Mr. Farabee is a member of Cows on Wheels LLC. He

is a citizen of Arizona.

3. Declaration of Chris Abercrombie in Support of Response To Court's OSC Re: Dismissal, **Exhibit "C"** hereto. Mr. Abercrombie is the other member of Cows on Wheels LLC. He is also a citizen of Arizona.

4. Declaration of Joel Vega in Connection with the Court's OSC Re: Dismissal, **Exhibit "D"** hereto. Mr. Vega is the sole member of A D B Trucking LLC. He is a citizen of Arizona.

If the Court is for any reason not satisfied that it has proper jurisdiction or should the Court require further evidence to support jurisdiction, Removing Defendants request the opportunity to conduct limited jurisdictional discovery as to Manning's Beef, LLC and/or A D B Trucking LLC, before the Court dismisses the action. Removing Defendants would request at least forty-five (45) days to complete such discovery.

Neither defendants Vega nor A D B Trucking LLC have appeared in the action yet, and subpoenas for their depositions and/or production of documents would be required until they appear. On February 17, 2020, the Court issued this action's Scheduling and Case Management Order [Dkt. 16]. Removing Defendants may therefore propound interrogatories or requests for admission on Manning's Beef, LLC.

District courts may permit jurisdictional discovery before remanding an action to state court. *See Abrego Abrego v. The Dow Chemical Co*. (9th Cir. 2006) 443 F.3d 676, 691 (defendant may request the court delay a decision pending completion of limited discovery). Jurisdictional discovery should be permitted when allegations indicate its "likely utility." *Natural Resources Defense Council v. Pena*, 147 F.3d 1012, 1024 (D.C. Cir. 1998).

/ / /

1  Dated: February 19, 2021

LAW OFFICE OF SHANEN R. PROUT

*/s/ Shanen R. Prout*
By: _____
Shanen R. Prout
Attorneys for Defendants
COWS ON WHEELS LLC and
CHRIS ABERCROMBIE

- 4 -
DEFENDANTS COWS ON WHEELS LLC AND CHRIS ABERCROMBIE'S RESPONSE TO COURT'S OSC RE: DISMISSAL [DKT. 17]