JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| CHARLIE DIMARIA & SON, INC., a California corporation, and MANNING'S BEEF, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>COWS ON WHEELS LLC, an expired Arizona limited liability company; COWS ON WHEELS, a business entity form unknown; A D B TRUCKING LLC, an Arizona limited liability company; CHRIS ABERCROMBIE, an individual; JOEL VEGA, an individual,<br><br>Defendants. | Case No. 2:21-cv-00658-JFW-PDx<br><br>Hon. John F. Walter, Courtroom 7A<br><br>**ORDER APPROVING JOINT STIPULATION TO DISMISS THE ACTION**<br><br>Removed from state court: Jan. 25, 2021<br>Trial: vacated |

The Court has read and considered the Joint Stipulation to Dismiss the Action of plaintiffs Charlie DiMaria & Son, Inc. and Manning's Beef, LLC, on the one hand, and defendants Cows on Wheels LLC and Chris Abercrombie, on the other hand. The Court APPROVES of the Stipulation and hereby ORDERS that the above-captioned action is DISMISSED with prejudice against Cows on Wheels LLC and Chris Abercrombie, and without prejudice against defendants A D B Trucking LLC and Joel Vega. Each party is to bear his and its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 10, 2022

_____
Hon. John F. Walter
United States District Court Judge

- 1 -